1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3

4    Wayne Allyn Root                    ,        Case No. 3:25-cv-09209 TSH

5                Plaintiff(s),

6          v.                                     **APPLICATION FOR ADMISSION OF**
                                                  **ATTORNEY PRO HAC VICE** ;ORDER
7    The Leland Stanford Junior University et al. ,    (CIVIL LOCAL RULE 11-3)

8                Defendant(s).

9

10       I, Aaron X. Sobel          , an active member in good standing of the bar of

11   the District of Columbia          , hereby respectfully apply for admission to practice pro hac

12   vice in the Northern District of California representing:  Stanford Defendants (see App'x)  in the

13   above-entitled action. My local co-counsel in this case is  Tommy Huynh          , an

14   attorney who is a member of the bar of this Court in good standing and who maintains an office

15   within the State of California.  Local co-counsel's bar number is:  306222          .

16   601 Massachusetts Ave. NW                    3 Embarcadero Ctr Ste 10
     Washington, DC 20001                         San Francisco, CA 94111-4024
17   ───────────────────────────────              ─────────────────────────────────────
     MY ADDRESS OF RECORD                         LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18   (202) 942-5212                               (415) 471-3147
     ───────────────────────────────             ─────────────────────────────────────
19   MY TELEPHONE # OF RECORD                      LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

20   aaron.sobel@arnoldporter.com                 tommy.huynh@arnoldporter.com
     ───────────────────────────────             ─────────────────────────────────────
     MY EMAIL ADDRESS OF RECORD                    LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21

22       I am an active member in good standing of a United States Court or of the highest court of

23   another State or the District of Columbia, as indicated above; my bar number is:  90018659     .

24       A true and correct copy of a certificate of good standing or equivalent official document

25   from said bar is attached to this application.

26       I have been granted pro hac vice admission by the Court  zero    times in the 12 months

27   preceding this application.

28

*United States District Court*
*Northern District of California*

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: __December 2, 2025__                                  Aaron X. Sobel_____
                                                                 APPLICANT

5

6    ====================================================================

7

8                           ORDER GRANTING APPLICATION

9                   FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of __Aaron X. Sobel_____ is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated: __December 2, 2025_____

16

17    _____
                   UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

## APPENDIX

I represent Defendants The Leland Stanford Junior University and the Board of Trustees of The Leland Stanford Junior University (collectively the "Stanford University Defendants").