Barak Lurie (SBN 144887)
Matthew Kiene (SBN 150612)
**LURIE & ASSOCIATES**
12121 Wilshire Boulevard, Suite 300
Los Angeles, California 90025
Phone: 310-478-7788
Fax: 310-347-4442
*Matt@lurie-law.com*

Attorneys for Plaintiff
WAYNE ALLYN ROOT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYNE ALLYN ROOT, an individual, | Case Number: 3:25-cv-09209 |
| Plaintiff, | |
| v. | |
| THE LELAND STANFORD JUNIOR UNIVERSITY, a California Trust Having Corporate Powers; THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY dba STANFORD UNIVERSITY; META PLATFORMS, INC., a Delaware Corporation; X CORP., a Nevada Corporation; X.AI CORP., a Nevada Corporation; GOOGLE LLC, a Delaware Corporation; TIKTOK INC., a California Corporation; and DOES 1-50, inclusive, | **NOTICE OF VOLUNTARY DISMISSAL OF THIS ENTIRE CASE WITHOUT PREJUDICE:**<br><br>JUDGE:<br><br>Hon. Jacqueline Scott Corley |
| Defendants. | |

NOTICE OF VOLUNTARY DISMISSAL       1
Case No. 3:25-cv-09209

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am counsel for the Plaintiff in this matter and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss this entire case without prejudice.

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: January 6, 2025

LURIE & ASSOCIATES

By: _____
Matthew W. Kiene
Attorneys for Plaintiff,
WAYNE ALLYN ROOT

NOTICE OF VOLUNTARY
DISMISSAL
Case No. 3:25-cv-09209

2